UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jesse Prim,

    Plaintiff,

    v.

Dr. Wanza Jackson,

    Defendant.

Case No. 2:14–cv–1219

Judge Michael H. Watson
Magistrate Judge Kemp

---

Lambert Dehler,

    Plaintiff,

    v.

Gary C. Mohr, *et al.*,

    Defendants.

Case No. 2:14–cv–2099

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

On March 16, 2015, United States Magistrate Judge Kemp issued a Report and Recommendation ("R&R") concerning the disposition of Defendants Gary C. Mohr's and Jerry Spatny's motion to dismiss Plaintiff Lambert Dehler's complaint in this consolidated prisoner civil rights action. ECF No. 14. Judge Kemp recommended that the motion to dismiss be granted in part and denied in part. *Id.* at 10. Specifically, he recommended that the claims against Defendant

Jerry Spatny in his individual capacity be dismissed and the remainder of the motion to dismiss be denied. *Id.*

Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 10–11. Judge Kemp also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 11. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**